IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30054
Summary Calendar
_____

ALLEN G. PHELPS,

                                        Plaintiff-Appellant,

versus

GLOBAL MARINE DRILLING CO.,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 94-CV-2313
- - - - - - - - - -
October 4, 1996
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Allen G. Phelps appeals from the district court's judgment
in favor of the defendant in his suit under general maritime law
and the Jones Act, 46 U.S.C. § 688.  Phelps argues that the
district court's findings that no act or omission of the
defendant nor unseaworthy condition of the GLOMAR HIGH ISLAND
VIII caused or contributed to Phelps' injury were clearly
erroneous.  We have reviewed the record and the briefs and AFFIRM

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

the dismissal of Phelps' claims.  We find no error in the district court's ruling and judgment.  <u>See</u> <u>Phelps v. Global Marine Drilling Co.</u>, No. 3:94-2313 (W.D. La. Jan. 5, 1996).

AFFIRMED.